```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 05767
   SAM KELLY
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-0614

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 05/19/2006 and was confirmed 07/12/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

       The case was dismissed after confirmation 04/23/2008.
------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                  PAID         PAID
------------------------------------------------------------------------------
   COUNTRYWIDE HOME LOANS I  CURRENT MORTG          .00              .00           .00
   COUNTRYWIDE HOME LOANS I  CURRENT MORTG          .00              .00           .00
   COUNTRYWIDE HOME LOANS I  SECURED NOT I          .00              .00           .00
   COUNTRYWIDE HOME LOANS I  SECURED NOT I          .00              .00           .00
   BANK OF AMERICA NA        UNSEC W/INTER     16964.71          1216.98       6492.11
   CAPITAL ONE               UNSEC W/INTER      2368.02           169.88        906.19
   CBUSA SEARS               UNSEC W/INTER NOT FILED                .00           .00
   EMERGE                    UNSEC W/INTER NOT FILED                .00           .00
   ECAST SETTLEMENT CORP     UNSEC W/INTER      3716.77           266.62       1422.37
   JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      1602.12            88.23        613.09
   DAVID M SIEGEL            DEBTOR ATTY       2,624.00                        2,624.00
   TOM VAUGHN                TRUSTEE                                             825.53
   DEBTOR REFUND             REFUND                                                 .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
   TRUSTEE             14,625.00

   PRIORITY                                            .00
   SECURED                                             .00
   UNSECURED                                      9,433.76
       INTEREST                                   1,741.71
   ADMINISTRATIVE                                 2,624.00
   TRUSTEE COMPENSATION                             825.53
   DEBTOR REFUND                                       .00
                                     ---------------    ---------------
   TOTALS              14,625.00                14,625.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 05767 SAM KELLY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE